UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEVIN FARRAR and FAWNIA FARRAR,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>US BANK NATIONAL, ASSOCIATION and CITIMORTGAGE, INC.,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-00066-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

DATED: **May 11, 2015**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT - 1